| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gottschall, Joan B. | U.S. District Court, NDIL | 06/28/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge--senior status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final | 01/01/2012 to 12/31/2012 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

219 South Dearborn Street
Room 2356
Chicago, IL 60604

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Visiting Committee to the Divinity School, University of Chicago |
| 2. | Member, Board of Directors | Martin Marty Center at the University of Chicago Divinity School |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 06/28/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Wellington Fund | B | Dividend | L | T | | | | | |
| 2. Vanguard Wellesley Fund | B | Dividend | K | T | | | | | |
| 3. Vanguard Index Trust | A | Dividend | L | T | | | | | |
| 4. Vanguard Prime Portfolio | A | Dividend | K | T | | | | | |
| 5. Fed Empl Credit Union Accts | A | Interest | J | T | | | | | |
| 6. IBM c/stock | A | Dividend | K | T | | | | | |
| 7. Intel c/stock | A | Dividend | J | T | | | | | |
| 8. Waste Management c/stock | A | Dividend | J | T | | | | | |
| 9. Vanguard Tax-Managed Growth & Income Fund (Admiral Fund) | A | Dividend | J | T | | | | | |
| 10. Hewlett-Packard c/stock | A | Dividend | J | T | | | | | |
| 11. CVS Caremark c/stock | A | Dividend | J | T | | | | | |
| 12. Vanguard Capital Opportunity Fund | A | Dividend | J | T | | | | | |
| 13. BlackRock Large Cap Value | A | Dividend | J | T | | | | | |
| 14. BlackRock Value Opportunities | A | Dividend | J | T | | | | | |
| 15. Dodge & Cox Fds Intl Stk Fd | A | Dividend | J | T | | | | | |
| 16. Balanced Fund Inc. | B | Int./Div. | M | T | | | | | |
| 17. Capital Income Bldr | C | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Capital World Growth Inc. Fnd | C | Int./Div. | M | T | | | | | |
| 19. Income Fnd Amer Inc. | C | Int./Div. | M | T | | | | | |
| 20. Vanguard Fix. Inc. Sec. Fund* | A | Int./Div. | L | T | | | | | |
| 21. Vanguard Wellesley Inc. Fund Investr Cl* | D | Int./Div. | N | T | Buy (add'l) | 03/08/12 | L | | *See Part VIII, n.1 |
| 22. Vanguard Wellington Fund Investr Cl | C | Int./Div. | M | T | Buy (add'l) | 03/08/12 | K | | *See Part VIII, n.1 |
| 23. Cleve Oh Wtr Rev Bd | A | Interest | | | Redeemed | 01/03/12 | K | | |
| 24. Mass Fin Agy Bd | A | Interest | | | Redeemed | 01/03/12 | K | | |
| 25. Clark-Pleasant Ind Sch Bd | A | Interest | | | Redeemed | 01/17/12 | K | | |
| 26. Harford Cnty Md Bd | A | Interest | | | Redeemed | 01/17/12 | K | | |
| 27. Cal St. G/O Bd | A | Interest | | | Redeemed | 02/01/12 | J | | |
| 28. Edison Twp NJ Bd | A | Interest | | | Redeemed | 02/01/12 | J | | |
| 29. Montgomery Cty Md Bd Cons Pub Impt Ser A | A | Interest | | | Redeemed | 02/01/12 | K | | |
| 30. Fort Lee NJ Bd | A | Interest | | | Redeemed | 02/15/12 | K | | |
| 31. TxTech Univ 7th Ser | A | Interest | | | Redeemed | 02/15/12 | J | | |
| 32. NJ Econ Dev Bd | A | Interest | | | Redeemed | 03/01/12 | K | | |
| 33. Ohio St. Com Schs Bd | A | Interest | | | Redeemed | 03/15/12 | J | | |
| 34. Fairfax Cnty Va Wtr Bd | A | Interest | | | Redeemed | 04/02/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ]  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Louisiana St Ser A Bd | A | Interest | | | Redeemed | 04/02/12 | J | | |
| 36. Portland Me B/E Bd | A | Interest | | | Redeemed | 04/02/12 | K | | |
| 37. University North Tx Bd | A | Interest | | | Redeemed | 04/16/12 | J | | |
| 38. Dowagiac Mi Sch Dist Bd | A | Interest | | | Redeemed | 05/01/12 | J | | |
| 39. Huntsville Ala Wts Bd | A | Interest | | | Redeemed | 05/01/12 | J | | |
| 40. Ca St Dept Wtr Bd | A | Interest | | | Redeemed | 05/01/12 | J | | |
| 41. Mnt San Antonio Ca Cmnty Cllg Bd | A | Interest | | | Redeemed | 05/01/12 | K | | |
| 42. Tenn St Scho Bd Bd | A | Interest | | | Redeemed | 05/01/12 | J | | |
| 43. Boone Cnty Ky Sch Dist Bd | A | Interest | | | Redeemed | 06/01/12 | J | | |
| 44. New York NY Ser O G/O Bd | A | Interest | | | Redeemed | 06/01/12 | J | | |
| 45. New Hanover Cnty NC Bd | A | Interest | | | Redeemed | 06/01/12 | J | | |
| 46. Anchorage Alaska Ser B Bd | B | Interest | | | Redeemed | 07/02/12 | K | | |
| 47. Norfolk VA Ref Cap Bd | A | Interest | | | Redeemed | 07/02/12 | J | | |
| 48. Tinton Falls NJ G/O Bd | A | Interest | | | Redeemed | 07/03/12 | J | | |
| 49. Hamden CT Prerefunded Ser A G/O Bd | A | Interest | | | Redeemed | 07/16/12 | J | | |
| 50. Hamden CT Unrefunded Balance Ser A G/O Bd | A | Int./Div. | | | Redeemed | 07/16/12 | J | | |
| 51. North Brunswick Twp NJ Bd | B | Interest | | | Redeemed | 07/16/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Monmouth Cnty NJ Utl Bd | A | Interest | | | Redeemed | 07/16/12 | J | | |
| 53. Berryessa CA Sch Dist Bd | A | Interest | | | Redeemed | 08/01/12 | K | | |
| 54. Raven Hills Tex Higher Ed Bd | A | Interest | | | Redeemed | 08/01/12 | J | | |
| 55. Avery Tex Ranch Rd Dist Bd | B | Interest | | | Redeemed | 08/15/12 | K | | |
| 56. Ector Cnty Tx Indpt S/D Bd 3 | A | Interest | | | Redeemed | 08/15/12 | J | | |
| 57. University Kans Hosp Bd 8 | A | Interest | | | Redeemed | 09/04/12 | J | | |
| 58. Rhode Is St & Prov.Plnts Bd | A | Interest | | | Redeemed | 11/01/12 | J | | |
| 59. Adams & Arapahoe Cntys Bd | A | Interest | | | Redeemed | 12/03/12 | J | | |
| 60. Columbus Ohio Ser 2001-1 1 | A | Interest | | | Buy | 03/12/12 | K | | |
| 61. Columbus Ohio Ser 2001-1 | A | Interest | | | Redeemed | 11/15/12 | K | | |
| 62. Constantine Mich Pub Schs | B | Interest | | | Buy | 03/12/12 | K | | |
| 63. Constantine Mich Pub Schs | B | Interest | | | Redeemed | 11/01/12 | K | | |
| 64. Franklin Lakes NJ Brd Ed | A | Interest | | | Buy | 03/12/12 | K | | |
| 65. Franklin Lakes NJ Brd Ed | A | Interest | | | Redeemed | 08/01/12 | K | | |
| 66. Hawaii ST Prerefunded Ser | A | Interest | | | Buy | 03/12/12 | J | | |
| 67. Hawaii ST Prerefunded Ser | A | Interest | | | Redeemed (part) | 07/02/12 | J | | |
| 68. Hawaii ST Prerefunded Ser | A | Interest | | | Redeemed | 07/03/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Municipal Elec Auth GA | A | Interest | | | Buy | 03/12/12 | J | | |
| 70. Municipal Elec Auth GA | A | Interest | | | Redeemed | 11/01/12 | J | | |
| 71. New Brunswick NJ Sch | B | Interest | | | Buy | 03/12/12 | K | | |
| 72. New Brunswick NJ Sch | B | Interest | | | Redeemed | 10/01/12 | K | | |
| 73. New York ST Dorm Auth Lease | A | Interest | | | Buy | 03/12/12 | K | | |
| 74. New York ST Dorm Auth Lease | A | Interest | | | Redeemed | 07/02/12 | K | | |
| 75. Highlands Cnty FL Health | A | Interest | | | Buy | 03/13/12 | J | | |
| 76. Highlands Cnty FL Health | A | Interest | | | Redeemed | 11/15/12 | J | | |
| 77. California State G/O Unltd | A | Interest | K | T | Buy | 05/23/12 | K | | |
| 78. District Columbia Wtr & Swr - | A | Interest | K | T | Buy | 05/23/12 | K | | |
| 79. New York NY Fiscal 2003 | A | Interest | K | T | Buy | 05/23/12 | K | | |
| 80. St. Charles MO Sch Dist | A | Interest | K | T | Buy | 05/24/12 | K | | |
| 81. Suffolk County NY Wtr | B | Interest | K | T | Buy | 05/25/12 | K | | |
| 82. New York NY Prerefnded-F | A | Interest | K | T | Buy | 05/29/12 | K | | |
| 83. Arlington Cnty VA Rfdg | A | Interest | K | T | Buy | 06/01/12 | K | | |
| 84. Solano Cnty CA Cmnty College | | None | K | T | Buy | 09/06/12 | K | | |
| 85. New York ST Dorm Auth | A | Interest | K | T | Buy | 09/12/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Schenectady NY Indl Dev Agy AP-0 | | None | K | T | Buy | 09/13/12 | K | | |
| 87. Richmond VA Ser B | | None | K | T | Buy | 09/13/12 | K | | |
| 88. Elizabeth Twp PA San Auth | A | Interest | K | T | Buy | 09/18/12 | K | | |
| 89. Seattle WA 2007 | | None | K | T | Buy | 09/18/12 | K | | |
| 90. Cleveland Ohio ST Univ | A | Interest | K | T | Buy | 09/19/12 | K | | |
| 91. New York NY Prerefunded Ser | A | Interest | K | T | Buy | 09/19/12 | K | | |
| 92. Washoe Cnty Nev Sch Dist 9 | A | Interest | K | T | Buy | 09/19/12 | K | | |
| 93. Lincoln NE Elec Sys | | None | J | T | Buy | 09/20/12 | J | | |
| 94. New York NY City Transitional | | None | J | T | Buy | 09/21/12 | J | | |
| 95. New York ST Dorma Auth | | None | J | T | Buy | 12/03/12 | J | | |
| 96. Puerto Rico Elec Pwr | | None | K | T | Buy | 12/05/12 | K | | |
| 97. Arizona Tourism & Sports | | None | J | T | Buy | 12/06/12 | J | | |
| 98. Suffolk VA Indl Dev Auth | | None | K | T | Buy | 12/06/12 | K | | |
| 99. Seattle WA Mun Lt & Pwr | | None | J | T | Buy | 12/18/12 | J | | |
| 100. Idaho St Bldg Auth Bldg | | None | J | T | Buy | 12/19/12 | J | | |
| 101. Tarrant Regl Wtr Dist TX Wtr | | None | J | T | Buy | 12/19/12 | J | | |
| 102. Clearfield Utah Sales | | None | J | T | Buy | 12/20/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Wintrust Financial Corp. accounts* | A | Interest | M | T | | | | | *See Part VIII, n.2 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 06/28/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, lines 21 and 22.  It appears that last year's report omitted a portion of each of these assets, understating the total value.  This year's report reflects both the correct total amount and that the amount of each asset was increased by an additional purchase.  The information set out in Column C for both lines 21 and 23 is now accurate, as far as I can tell.   Last year the asset was designated "Investr Cl."  That designation is properly used for the portion of the assets which are held in an IRA account but not for the portion of the assets held in my Revocable Trust account.  In order to combine the assets held in both accounts, I have omitted the "Investr Cl" designation.

2. Part VII, line 103. This is a "sweep" account in both my brokerage and IRA accounts in which money is held pending investment; money is constantly being put into the account and taken out of  the account. Wintrust uses various banks from among its subsidiaries, Hinsdale Bank and Trust and Lake Forest Bank and Trust during 2012.  I undoubtedly had this sweep account during 2010 and 2011 but appear to have neglected to list it.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Joan B. Gottschall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544